## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

SAMUEL RANKIN,
    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Crim. No. 11-cr-366 (JDB/GMH)

**FILED**

**JUN 1 5 2015**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### CONSENT TO MODIFY SUPERVISED RELEASE

The parties agree the defendant's conditions of supervised release should be modified and being no objection thereto, **IT IS RECOMMENDED THAT** Mr. Rankin's conditions of supervised release are modified as follows: Mr. Rankin shall be held without bond at the D.C. Jail or the Correctional Treatment Facility until a bed space becomes available at the Montgomery County Residential Re-entry Center ("MCRRC"). Mr. Rankin shall then be **TRANSFERRED** via a bed-to-bed transfer by the United States Probation Office to MCRRC, where he shall reside for up to 180 days from admission, or until release by the United States Probation Office. Mr. Rankin shall abide by all policies and procedures of the facility. Payments for subsistence are waived. While at MCRRC, Mr. Rankin shall be released only for visits with his legal counsel, religious services, and to attend an intensive drug treatment program. Mr. Rankin is further ordered to attend and complete an intensive drug treatment program, as directed by the United States Probation Office.

Dated:

6/12/15

_____
G. Michael Harvey
United States Magistrate Judge

The Magistrate Judge having recommended that the conditions of Mr. Rankin's supervised release be modified and there being no objection thereto, **IT IS ORDERED** that the recommendation of the Magistrate Judge is accepted.

Dated: 6/07/15

John D. Bates
United States District Judge